IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| OLIVER MACKLIN, | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| vs. | : | NO. 97-2865 |
| | : | |
| SUPERINDENTENT SCI, et al., | : | |
| Respondents | : | |

# O R D E R

**AND NOW,** this 17th day of September, 2013, upon consideration of the petitioner's third *pro se* motion pursuant to Rule 60(b) of the Federal Rules of Civil Procedure (Document #32), IT IS HEREBY ORDERED that the motion is DENIED in its entirety.

IT IS FURTHER ORDERED that because jurists of reason would not debate the disposition of the petitioner's claims, there is no cause to issue a certificate of appealability. See Slack v. McDaniel, 529 U.S. 473, 484 (2000).

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.